# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN HAILE, #H44084,**

    **Plaintiff,**

v.                                              **Case No. 4:17cv460-MW/CAS**

**OFFICER McCALVIN, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice. The Clerk shall provide Plaintiff with a civil rights complaint form and *in forma pauperis* application packet. All pending motions are

---

[1] This Court notes that Plaintiff has failed to keep the Clerk advised of his mailing address as evidenced by returned mail, ECF Nos. 5, 6, and 7.

1

**DENIED**." The Clerk shall close the file. If Plaintiff resubmits the proper complaint and in forma pauperis application, the Clerk may re-open the file.

**SO ORDERED on November 20, 2017.**

<u>s/Mark E. Walker</u> ____
**United States District Judge**
